James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Marc I. Gross, Esq.
POMERANTZ LLP
600 Third Avenue
New York, New York, 10016
(212) 661-1100

Salvatore J. Graziano
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

Deepak Gupta
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741

Attorneys for Proposed Intervenors/
Defendants
THE CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM and THE COLORADO
 PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DORIS BEHR 2012 IRREVOCABLE TRUST, <br><br>                      *Plaintiff*, <br><br>      v. <br><br> JOHNSON & JOHNSON, <br>                 *Defendant*, <br><br> and <br><br> THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM and THE COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION, <br>               *Proposed Intervenors-Defendants.* | Civil Action No. 19-8828 (MAS) (LHG) <br><br><br><br><br><br> <u>**NOTICE OF MOTION**</u> |

To:  All persons on ECF service list

COUNSEL:

PLEASE TAKE NOTICE that on Monday, June 17, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for proposed Intervenors The California Public Employees' Retirement System and The Colorado Public Employees' Retirement Association shall move before Hon. Lois H. Goodman, U.S.M.J. at the Clarkson S. Fisher Federal Building and Courthouse, 402 E. State Street, Trenton, New Jersey for an Order allowing proposed Intervenors to intervene as Defendants in accordance with Fed.R.Civ.P. 24.

The undersigned intend to rely upon the annexed Brief and Declarations of Adam Franklin, Esq., Daniel Bienvenue and Depak Gupta, Esq.

The undersigned hereby requests oral argument.

> CARELLA, BYRNE, CECCHI,
> OLSTEIN, BRODY & AGNELLO, P.C.
> Attorneys for Proposed Intervenors/Defendants
> THE CALIFORNIA PUBLIC EMPLOYEES'
> RETIREMENT SYSTEM and THE COLORADO
> PUBLIC EMPLOYEES' RETIREMENT
> ASSOCIATION
>
>
> By:    /s/ James E. Cecchi
>         JAMES E. CECCHI

Dated: May 23, 2019

Marc I. Gross, Esq.
POMERANTZ LLP
600 Third Avenue
New York, New York, 10016
(212) 661-1100

Salvatore J. Graziano
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

Deepak Gupta
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741