James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Counsel for Proposed Intervenors/Defendants
The California Public Employees' Retirement
System and The Colorado Public Employees'
Retirement Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE DORIS BEHR 2012 IRREVOCABLE TRUST, *Plaintiff*, <br><br> v. <br><br> JOHNSON & JOHNSON, *Defendant*, <br><br> and <br><br> THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM AND THE COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION, *Proposed Intervenors-Defendants.* | Civil Action No. 19-8828 (MAS) (LHG) <br><br><br> **ORDER** |

Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., the attorneys for the proposed intervenors the California Public Employees' Retirement System and The Colorado Public Employees' Retirement Association have filed application for an order granting pro hac vice admission of Deepak Gupta under Local Civil Rule 101.1(c). Consent has been given by Walter Stephen Zimolong, attorney for the plaintiff, and Justin Taylor Quinn and Andrew Muscato, attorneys for the defendant. The Court has considered this matter, and good cause has been shown,

IT IS on this 7th day of **June, 2019**,

**ORDERED** that the application for the *pro hac vice* admission of Deepak Gupta is granted; and it is further

**ORDERED** that Deepak Gupta shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matters affecting his standing at the bar of any court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by a member of the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who is authorized to practice in this Court;

**ORDERED** that under Local Civil Rule 101.1(c)(2), Deepak Gupta shall pay the fee to the New Jersey Lawyer's Fund for Client Protection the annual payment required according to New Jersey Court Rule 1:28-2 for each year in which he represents the clients in this matter and a copy of this Order shall be forwarded by the Clerk to the Treasurer of the Fund; and it is further

**ORDERED** that Deepak Gupta shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(3)(c).

_____
LOIS H. GOODMAN, U.S.M.J.