# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY TRENTON VICINAGE

**The Doris Behr 2012 Irrevocable Trust**,

    Plaintiff,

v.

**Johnson & Johnson**,

    Defendant.

Case No. 3:19-cv-8828-MAS-LHG

## UNOPPOSED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS, AND TO EXTEND DEFENDANT'S TIME TO REPLY TO THE PLAINTIFF'S RESPONSE

The plaintiff respectfully moves for a one-week extension of its time to respond to the defendant's motion to dismiss, and for a corresponding one-week extension of the defendant's time to file its reply. The plaintiff's response is currently due on June 28, 2019, and this would extend that deadline until July 5, 2019. The deadline for the defendant to file its reply would move from July 19, 2019, to July 26, 2019. The hearing date is August 5, 2019, so these new deadlines will comply with the timetables set forth in Local Rule 7.1(d)(2)–(3).

The defendants are unopposed to this motion, and a proposed consent order is attached.

Respectfully submitted.

 /s/ Walter S. Zimolong 

JONATHAN F. MITCHELL *          WALTER S. ZIMOLONG
Mitchell Law PLLC               Zimolong LLC
106 East Sixth Street, Suite 900   P.O. Box 552
Austin, Texas 78701             Villanova, PA 19085
(512) 686-3940 (phone)          (215) 665-0842
(512) 686-3941 (fax)            wally@zimolonglaw.com
jonathan@mitchell.law

                                HAL S. SCOTT*
                                Harvard Law School
                                1557 Massachusetts Avenue
                                Cambridge, Massachusetts
                                02138
                                (617) 495-4590
* admitted *pro hac vice*       hscott@law.harvard.edu

Dated: June 27, 2019            *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on June 27, 2019, I served this document by CM/ECF upon:

ANDREW MUSCATO
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000 (phone)
(212) 735-2000 (fax)
andrew.muscato@skadden.com

*Counsel for the Defendant*


   /s/ Walter S. Zimolong
WALTER S. ZIMOLONG
*Counsel for Plaintiff*