IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **The Doris Behr 2012 Irrevocable Trust**, <br><br> Plaintiff, <br><br> v. <br><br> **Johnson & Johnson**, <br><br> Defendant. | Case No. 3:19-cv-8828-MAS-LHG |

### CONSENT ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS, AND EXTENDING DEFENDANT'S TIME TO REPLY TO THE PLAINTIFF'S RESPONSE

The parties have consented to extend the deadline for the plaintiff to respond to the motion to dismiss. The plaintiff's response is currently due on June 28, 2019, and the parties have agreed to extend that deadline by one week to July 5, 2019. The parties have also agreed to a one-week extension of the defendant's deadline to file a reply brief, moving that date from July 19, 2019, to July 26, 2019.

It is therefore ORDERED that:

1. The plaintiff shall have until July 5, 2019 to file its response to the motion to dismiss; and

2. The defendant shall have until July 26, 2019 to file its reply.

|  |  |
|---|---|
| Dated: _____ | HONORABLE MICHAEL SHIPP<br>United States District Judge |

Counsel consent to the substance, form and entry of this order:

Skadden, Arps, Slate, Meagher & Flom LLP
(A Delaware Limited Liability Partnership)
*Attorneys for Defendant Johnson & Johnson*

By: s/ Andrew Muscato
    Andrew Muscato

Zimolong LLC
*Attorneys for Plaintiff The Doris Behr 2012 Irrevocable Trust*

By: s/ Walter S. Zimolong
    Walter S. Zimolong