UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 7050
TRENTON, NJ 08608
609-989-2114

August 27, 2019

### LETTER ORDER

Re:   THE DORIS BEHR 2012 IRREVOCABLE TRUST v.
      JOHNSON & JOHNSON
      Civil Action No. 19-8828 (MAS) (LHG)

Dear Counsel:

This matter has been opened to the Court by way of a Motion to Intervene filed by California Public Employees Retirement System and Colorado Public Employees Retirement Association (collectively "Proposed Intervenors"). [Docket Entry No. 21]. Plaintiff filed an Opposition. [Docket Entry No. 29].

Proposed Intervenors argue that they meet the standard in Fed. R. Civ. P. 24(a) to intervene as of right or, in the alternative, should be granted permissive intervention under Fed. R. Civ. P. 24(b). [*See generally* Docket Entry No. 21-1]. Plaintiff contends that the Motion to Intervene should be denied because the Proposed Intervenors did not include a proposed pleading along with their Motion, that sets out the claim or defense for which intervention is sought. [*See generally* Docket Entry No. 29].

Although Plaintiff is technically correct, the Proposed Intervenors cured this deficiency when they filed their Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) [*see generally* Docket Entry No. 24], which was filed days before Plaintiff's opposition. [Docket Entry No. 29]. In light of the Proposed Intervenors' correcting this deficiency and Plaintiff not opposing the Motion on any other grounds, the Motion to Intervene [Docket Entry No. 21] is hereby granted.

**IT IS SO ORDERED.**

LOIS H. GOODMAN
United States Magistrate Judge