# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

|  |  |
|---|---|
| **The Doris Behr 2012 Irrevocable Trust**,<br><br>           Plaintiff,<br><br>v.<br><br>**Johnson & Johnson**,<br><br>                 Defendant. | Case No. 3:19-cv-8828-MAS-LHG |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STAY THIS CASE

On December 20, 2019, this Court ordered the parties to show cause why the case should not be stayed pending the Delaware Supreme Court's disposition of *Salzberg v. Sciabacucci*, No. 346,2019. The plaintiff believes that a stay of proceedings is appropriate in light of the Delaware Supreme Court's pending decision in *Sciabacucci*, given that the defendant relies extensively on the Delaware Court of Chancery's opinion in that case. The plaintiff respectfully asks the Court to stay the proceedings in this case pending the Delaware Supreme Court's resolution.

Respectfully submitted.

 /s/ Walter S. Zimolong

JONATHAN F. MITCHELL *

Mitchell Law PLLC

106 East Sixth Street, Suite 900

Austin, Texas 78701

(512) 686-3940 (phone)

(512) 686-3941 (fax)

jonathan@mitchell.law

WALTER S. ZIMOLONG

Zimolong LLC

P.O. Box 552

Villanova, PA 19085

(215) 665-0842

wally@zimolonglaw.com

HAL S. SCOTT*

Harvard Law School

1557 Massachusetts Avenue

Cambridge, Massachusetts 02138

(617) 495-4590

hscott@law.harvard.edu

* *pro hac vice* applications pending

Dated: January 1, 2020                     *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on January 1, 2020, I served this document by CM/ECF upon:

ANDREW MUSCATO
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000 (phone)
(212) 735-2000 (fax)
andrew.muscato@skadden.com

*Counsel for the Defendant*

   /s/ Walter S. Zimolong
WALTER S. ZIMOLONG
*Counsel for Plaintiff*