THE DORIS BEHR 2012 IRREVOCABLE
TRUST,

                        Plaintiff,

            v.

JOHNSON & JOHNSON,

                        Defendant.

Civil Action No. 19-8828 (MAS) (LHG)

**MEMORANDUM ORDER**

This matter comes before the Court upon its December 20, 2019 Order that the parties show

cause why the matter should not be stayed pending the Delaware Supreme Court's resolution of

*Salzberg v. Sciabacucci*, No. 346,2019. (ECF No. 46.) Plaintiff filed correspondence stating it

"believes that a stay of proceedings is appropriate." (Pl.'s Jan. 1, 2020 Correspondence 1, ECF

No. 47.) Defendant filed correspondence stating it "takes no position on whether the Court should

stay the action." (Def.'s Jan. 3, 2020 Correspondence 1, ECF No. 48.) Intervenors filed

correspondence stating, "it may be prudent for the Court to stay this case." (Intervenors' Jan. 3,

2020 Correspondence 2, ECF No. 49.) In consideration of the parties' positions, the Court finds

good cause to stay the matter.

Accordingly, **IT IS** on this 24ᵗʰ day of February 2020 **ORDERED** that:

1. This matter is stayed pending the Delaware Supreme Court's resolution of *Salzberg v.*
   *Sciabacucci*, No. 346,2019. The Clerk shall administratively terminate the matter.

2. Upon the Delaware Supreme Court's resolution of *Salzberg*, any party may e-file correspondence requesting the Court lift the stay and reinstate the case.


                                                          **MICHAEL A. SHIPP**
                                                           **UNITED STATES DISTRICT JUDGE**